UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JORGE CARVAJAL- ECHEAGARY,

Civil Case No. 2:20-cv-00193-AA
*(to be assigned by Clerk of the Court)*

Plaintiff(s),

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*

v.

BRAD CAIN
DR. GULICK
DR. DIGIULIO, ET AL.

Defendant(s).

    I, Jorge Carvajal- Eachegary, declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for this proceeding or give security therefore and that I am entitled to the relief sought in the complaint.

    In support of this application, I answer the following questions:

1.     Are you currently incarcerated:    **X** Yes  ☐ No

    If "Yes" state the place of your incarceration: Snake River Correctional Institution

    **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.     Are you currently employed?  ☐ Yes  **X** No  ☐ Self-employed

    a.     If the answer is "Yes" state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.  If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take home salary or wages: $_____ per _____ *(specify pay period)*

3. Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed **X Not applicable**

If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

4. In the past 12 months have you received any money from any of the following sources?

a.  Business, profession or other self-employment ☐ Yes **X No**

If "Yes," state: Amount received: $_____

Amount expected in future: $_____

b.  Rent payments, interest, or dividends ☐ Yes **X No**

If "Yes," state: Amount received: $_____

Amount expected in future: $_____

c.  Pensions, annuities or life insurance payments ☐ Yes **X No**

If "Yes," state: Amount received: $_____

Amount expected in future: $_____

d.  Disability or workers compensation payments ☐ Yes **X No**

If "Yes," state: Amount received: $_____

Amount expected in future: $_____

e.  Gifts or inheritances ☐ Yes **X No**

If "Yes," state: Amount received: $_____

Amount expected in future: $_____

f.  Any other sources ☐ Yes **X No**

If "Yes," state: Amount received: $_____

Amount expected in future: $_____

5.  Do you have cash or checking or savings accounts? ☐ Yes __X No__
    (including prison trust accounts)?

    If "Yes," state the total amount: _____

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes __X   No__

    If "Yes," describe the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

7.  Do you have any other assets?    ☐ Yes __X   No__

    If "Yes," list the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☐ Yes __X   No__

    If "Yes," describe and provide the amount of the monthly expense.

    _____
    _____
    _____
    _____
    _____

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    **N/A**

    _____
    _____
    _____

10. Do you have any debts or financial obligations?  ☐ Yes  **X** No

If "Yes" describe the amounts owed and to whom they are payable.

_____
_____
_____
_____
_____
_____

     **I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint or $5.00 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a)(to be codified at 28 U.S.C. § 1915(b)).**

I declare under penalty of perjury that the above information is true and correct.

2-3-2020
DATE

SIGNATURE OF APPLICANT

**JORGE CARVAJAL-ECHEAGARY**
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that Carvajal-Echeag, Jorge #15797562 (name of applicant) has the sum of $ 149.07

on account to his/her credit at Snake River Correctional Institution (name of institution). I

further certify that during the past six months the applicant's average monthly balance was $ 221.76.

I further certify that during the past six months the average of monthly deposits to the applicant's account

was $ 36.10.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

12/18/2019
DATE                    SIGNATURE OF AUTHORIZED OFFICER

```
WEDEKINC              OREGON DEPARTMENT OF CORRECTIONS           OTRTASTA
                      T R U S T   A C C O U N T   S T A T E M E N T     12.1.1.0.1.4 ODOC


DOC:  0015797562    Name: CARVAJAL-ECHEAG, JORGE                 DOB: 07/17/1967
LOCATION: SRCI-C1_C1-1C108B
                                                      Max Date:
  ACCOUNT BALANCES   Total :   201.02   CURRENT:    201.02   HOLD:      0.00

                              06/13/2019    12/13/2019
SUB ACCOUNT                  START BALANCE   END BALANCE
INMATE SPENDING ACCOUNT          168.09         149.07
TRANSITIONAL SAVINGS              42.75          51.95
```

### DEBTS AND OBLIGATIONS

| TYPE  | PAYABLE              | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE-OFF AMT |
|-------|----------------------|-------------|--------------|-------------|---------------|
| CCCFA | CCCF POSTAGE ADVANCE | 08082005    | 0.00         | 0.44        | 0.00          |
| COPA  | COPY ADVANCE         | 03052008    | 0.00         | 1.40        | 0.00          |

TRANSACTION DESCRIPTION --           COURT ORDERED OBLIGATIONS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT |
|------|------|-------------------------|-----------------|

TRANSACTION DESCRIPTIONS --         INMATE SPENDING  SUB-ACCOUNT ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 06/14/2019 | INT1 | Interest Distribution | 0.26 | 168.35 |
| 06/14/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.01) | 168.34 |
| 06/19/2019 | CRS | CRS SAL ORD #8203229 | ( 24.70) | 143.64 |
| 07/04/2019 | AWD | AWARDS 06/2019 SRCI | 76.21 | 219.85 |
| 07/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 3.81) | 216.04 |
| 07/04/2019 | DED | Deduction-CLR-07132005 D D | ( 38.11) | 177.93 |
| 07/04/2019 | DED | Deduction-CLR-07132005 D D | 38.11 | 216.04 |
| 07/04/2019 | AWD | AWARDS 06/2019 SRCI | 1.69 | 217.73 |
| 07/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.08) | 217.65 |
| 07/04/2019 | DED | Deduction-CLR-07132005 D D | ( 0.85) | 216.80 |
| 07/04/2019 | DED | Deduction-CLR-07132005 D D | 0.85 | 217.65 |
| 07/11/2019 | CRS | CRS SAL ORD #8230899 | ( 13.07) | 204.58 |
| 07/12/2019 | INT1 | Interest Distribution | 0.37 | 204.95 |
| 07/12/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.02) | 204.93 |
| 07/25/2019 | CRS | CRS SAL ORD #8253267 | ( 2.85) | 202.08 |
| 07/30/2019 | CRS | CRS SAL ORD #8258529 | ( 20.67) | 181.41 |
| 08/08/2019 | AWD | AWARDS 07/2019 SRCI | 63.00 | 244.41 |
| 08/08/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 3.15) | 241.26 |
| 08/08/2019 | DED | Deduction-CLR-07132005 D D | ( 31.50) | 209.76 |
| 08/08/2019 | DED | Deduction-CLR-07132005 D D | 31.50 | 241.26 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C Wedekind_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE  12.18.19

```
WEDEKINC                OREGON DEPARTMENT OF CORRECTIONS             OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T    12.1.1.0.1.4 ODOC
```

DOC: 0015797562    Name: CARVAJAL-ECHEAG, JORGE                DOB: 07/17/1967
LOCATION: SRCI-C1_C1-1C108B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/08/2019 | AWD | AWARDS 07/2019 SRCI | 3.50 | 244.76 |
| 08/08/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.18) | 244.58 |
| 08/08/2019 | DED | Deduction-CLR-07132005 D D | ( 1.75) | 242.83 |
| 08/08/2019 | DED | Deduction-CLR-07132005 D D | 1.75 | 244.58 |
| 08/14/2019 | COPS | SRCI Copy Sales | ( 0.90) | 243.68 |
| 08/15/2019 | CRS | CRS SAL ORD #8282000 | ( 29.13) | 214.55 |
| 08/16/2019 | INT1 | Interest Distribution | 0.48 | 215.03 |
| 08/16/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.02) | 215.01 |
| 08/19/2019 | CSR | CSR SAL ORD #8282000 | 29.13 | 244.14 |
| 09/05/2019 | AWD | AWARDS 08/2019 SRCI | 36.10 | 280.24 |
| 09/05/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 1.81) | 278.43 |
| 09/05/2019 | DED | Deduction-CLR-07132005 D D | ( 18.05) | 260.38 |
| 09/05/2019 | DED | Deduction-CLR-07132005 D D | 18.05 | 278.43 |
| 09/13/2019 | INT1 | Interest Distribution | 0.57 | 279.00 |
| 09/13/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 278.97 |
| 10/18/2019 | INT1 | Interest Distribution | 0.69 | 279.66 |
| 10/18/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 279.63 |
| 11/12/2019 | CRS | CRS SAL ORD #8405105 | ( 34.83) | 244.80 |
| 11/15/2019 | INT1 | Interest Distribution | 0.66 | 245.46 |
| 11/15/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 245.43 |
| 11/25/2019 | CRS | CRS SAL ORD #8422532 | ( 27.00) | 218.43 |
| 12/02/2019 | CRS | CRS SAL ORD #8426924 | ( 78.51) | 139.92 |
| 12/05/2019 | CSR | CSR SAL ORD #8426924 | 8.58 | 148.50 |
| 12/13/2019 | INT1 | Interest Distribution | 0.60 | 149.10 |
| 12/13/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 149.07 |

TRANSACTION DESCRIPTIONS --                TRANSITIONAL  SUB-ACCOUNT
                                              SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/14/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.01 | 42.76 |
| 07/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 3.81 | 46.57 |
| 07/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.08 | 46.65 |
| 07/12/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.02 | 46.67 |
| 08/08/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 3.15 | 49.82 |
| 08/08/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.18 | 50.00 |
| 08/16/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.02 | 50.02 |
| 09/05/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 1.81 | 51.83 |
| 09/13/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 51.86 |
| 10/18/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 51.89 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C Wedekind_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE 12.18.19

```
WEDEKINC            OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T   12.1.1.0.1.4 ODOC
```

DOC: 0015797562      Name: CARVAJAL-ECHEAG, JORGE              DOB: 07/17/1967
LOCATION: SRCI-C1_C1-1C108B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/15/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 51.92 |
| 12/13/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 51.95 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C Wedekind_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE 12.18.19