Jorge Carvajal-Echeagary
SRCI#15797562
777 Stanton Blvd.
Ontario, Oregon 97914

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF OREGON

| | |
|---|---|
| JORGE CARVAJAL-ECHEAGARY, | Case No.  2:20-cv-00193-AA |
| Plaintiff, | |
| v. | MOTION FOR APPOINTMENT OF COUNSEL |
| BRAD CAIN et. al. Superintendent Snake, River Correctional Institution, DR. GULICK DR. DIGIULIO | --28 U.S.C. § 1915(e)(1)-- |
| Defendants. | |

COMES NOW,      , a prisoner not represented by counsel in the above entitled matter and, pursuant to -28 U.S.C. § 1915(e)(1)-, respectfully requests this Court for its order appointing counsel to represent plaintiff in this matter for the following reasons:

1. The plaintiff is unable to afford counsel

2. The issues involved in this case are complex.

3. The case involves medical issues that will require expert testimony.

4. The plaintiff suffers from stage __ cancer and is undergoing treatment for it which has him weak at best and bed ridden.

5. The plaintiff's has no ability to investigate because of his medical condition.

6. The case will require discovery documents and depositions of a number of witnesses.

Page 1 of 1 – Motion for Appointment of Counsel                                  Form 39.150

7. The plaintiff has limited understanding as English is his second language and he has no legal education.

8. The plaintiff's allegations, if proved, clearly establishes a constitutional violation.

This motion is supported by an Application to Proceed In Forma Pauperis and a Six Month Print-Out of Inmates Trust Account statement, attached.

Dated this 2nd day of Feb., 2020.

Respectfully Submitted,

_____
(Signature)
Jorge Carvajal-Echeagary
SRCI#15797562777
Stanton Blvd.
Ontario, Oregon 97914