Jorge Carvajal–Echeagary

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JORGE CARVAJAL–ECHEAGARY**
    **Plaintiff(s),**

Case No.: 2:20–cv–00193–AA

v.

**PRO BONO APPOINTMENT RESPONSE FORM**

**BRAD CAIN, et al.**
    **Defendant(s).**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Jorge Carvajal–Echeagary for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

Lack of experience

**DATED** this ___11___ day of __March__ __2020__

/s/ Adam Z. Wolfe
Signature
Adam Z. Wolfe OSB#194834
Printed Name and Oregon State Bar No.