Andrew R. Missel (OSB # 181793)
3701 SE Milwaukie Ave, Ste. B
Portland, OR 97202
(323) 383-8674
armissel@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Jorge Carvajal-Echeagary,

Plaintiff(s),

Case No.: 2:20-cv-00193-AA

v.

Dr. Garth Gulick,

Defendant(s).

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

☑ Yes ☐ No

If not, provide an explanation:

_______________________________________________

_______________________________________________

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

☐ (c) ADR may be helpful at a later date following completion of:

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☑ (f) Other:

The parties jointly request that the Court refer this case to Magistrate Judge Beckerman to act as a settlement judge pursuant to LR 16-4(e)(2).

Dated: 11/19/2021

By: /s/ Andrew R. Missel

Att'y for Plaintiff (OSB # 181793)

By: s/ Michael Washington

Attorney for Defendants (OSB #873679)

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2021, I served the foregoing JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT upon the parties hereto by the method indicated below, and addressed to the following:

**ANDREW R. MISSEL**
**Advocates for the West**
3701 SE Milwaukie Ave., Ste. B
Portland, OR 97202
*Of Attorneys for Plaintiff*

___ HAND DELIVERY
X MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
X E-MAIL to amissel@advocateswest.org
___ E-SERVE

*s/ Michael R. Washington*
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Michael.R.Washington@doj.state.or.us
Of Attorneys for Defendant Gulick



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791